

June 13, 2022

To Whom It May Concern:

I am withdrawing the claim for the unsecured credit card due to filing the wrong amount on the POC. I will be resubmitting a proof of claim with the correct amount

Sincerely,

Nicole Massey
Asset Recovery Specialist

cc: file